U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 APR -6 PM 1:32

CLERK

BY ＫＤ
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA, )
)
v. ) Crim. No. 2:22-Cr-37-1
)
LOGAN FOSTER, )
       Defendant. )

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 22, 2021, in the District of Vermont, defendant LOGAN FOSTER, in connection with his acquisition of a firearm from a licensed dealer, knowingly made false and fictitious written statements on ATF Form 4473 which were intended to and likely to deceive such dealer as to facts material to the lawfulness of the sale of such firearm; that is LOGAN FOSTER falsely represented that he was not an unlawful user of controlled substances and falsely represented that he was the actual buyer of the firearm.

(18 U.S.C. §§ 922(a)(6), 924(a)(2))

COUNT TWO

In or about February 2021, in the District of Vermont, defendant LOGAN FOSTER knowingly possessed a firearm, that is, a SCCY 9mm pistol, Model CPX-1 (Serial # 149130), in and affecting interstate commerce, knowing he was an unlawful user of a controlled substance, as defined in 21 U.S.C. § 802.

(18 U.S.C. §§ 922(g)(3), 924(a)(2))

A TRUE BILL

███████████

FOREPERSON

*Nikolas P. Kerest* _____ (by JRP)
NIKOLAS P. KEREST
United States Attorney
Rutland, Vermont
April 6, 2022